**Theotis GOLDEN, Plaintiff–Appellant,**

and

**Arzee Sloan; Eric Prescott, Plaintiffs,**

v.

**Roy A. CASTRO, Defendant–Appellee.**

No. 01–17536.

D.C. No. CV–01–01301–DFL.

United States Court of Appeals, Ninth Circuit.

Submitted June 10, 2002.*

Decided June 19, 2002.

Before O'SCANNLAIN, BERZON, and RAWLINSON, Circuit Judges.

---

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM**

Theotis Golden, a California state prisoner, appeals pro se the district court's judgment dismissing his 42 U.S.C. § 1983 action pursuant to 42 U.S.C. § 1997e(a) for failure to exhaust administrative remedies. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Wyatt v. Terhune*, 280 F.3d 1238, 1244–45 (9th Cir. 2002). We affirm in part, and vacate and remand in part.

Our intervening decision in *Wyatt* dictates that we vacate and remand because it is not clear on the face of the complaint and exhibits thereto that Golden failed to exhaust. *See id.* (holding that failure to exhaust is an affirmative defense where the face of the complaint and exhibits thereto do not establish a failure to exhaust).

The magistrate judge did not abuse his discretion by not recusing himself because Golden failed to present evidence of bias, prejudice, or interest. *See Liteky v. United States*, 510 U.S. 540, 551–52, 114 S.Ct. 1147, 127 L.Ed.2d 474 (1994).

Golden's remaining contentions lack merit.

**AFFIRMED IN PART; VACATED AND REMANDED IN PART.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).